RUBERT HERMANO, INC., demandante y apelante, *v.* ANTONIO HERNÁNDEZ, demandado y apelado.

No. 5784.—*Sometido:* Noviembre 12, 1931. *Resuelto:* Julio 29, 1932.

---

* NOTA: Véase el prefacio.

*Angel M. Torres,* abogado del apelante; *M. B. Carrasquillo,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Se trata de un recurso en que el apelado no ha radicado alegato alguno. Este caso y los números 5785 y 5786 fueron vistos conjuntamente tanto en este tribunal como en la corte inferior. En estos procedimientos de desahucio la prueba tendió a demostrar que la demandante es dueña de novecientas cuerdas de tererno; que cada uno de los demandados tiene construída, con su propio peculio, y en terrenos de la demandante, una casa en la que cada uno vive con su familia, cultivando el terreno; y que los administradores y representantes de la demandante habían exigido que cada uno de los demandados abandonara la propiedad. La demandante sostuvo que no autorizó a los demandados a construir las casas, pero éstos insistieron que tal permiso les fué concedido por los administradores o representantes de la demandante, y que los demandados durante años habían ocupado, como ''arrimados,'' los terrenos en cuestión. En vista de esta evidencia, la corte dijo que la cuestión era si las casas fueron construídas de buena o mala fe, lo que no podía determinarse en este procedimiento, y se sintió obligada por la decisión de este tribunal en *Ermita de Nuestra Señora del Rosario* v. *Collazo,* 41 D'.P.R. 596.

La apelante sostuvo que la edificación de estas casas jamás se hizo con permiso del dueño del terreno; que actos meramente tolerados no dan derechos; y que el supuesto

permiso concedido por los representantes de la demandante no era obligatorio para la dueña.

En este caso, como en el de *Schuck* v. *Verdejo,* fallado en el día de hoy, nadie pone en tela de juicio el derecho de estos demandados a trasladar sus casas.

La apelante llama la atención, como nosotros lo hicimos en *Schuck* v. *Verdejo,* hacia el hecho de que en el caso de la Ermita había un título inscrito a la casa en que la demandada había vivido por años.

Bajo cualquier aspecto, creemos que los demandados están ocupando el terreno en precario, y que estaban sujetos a ser desalojados a opción del dueño. A falta de un permiso específico, o aun habiéndolo, ningún título surgió en los demandados. En los casos en que hemos creído que había conflicto de títulos se había presentado algo como un color de título en el demandado, lo que no podía surgir bajo los hechos de este caso.

Parte del razonamiento en *Schuck* v. *Verdejo, supra,* es de otro modo aplicable.

*Debe revocarse la sentencia apelada y dictarse otra a favor de la demandante.*

Los Jueces Presidente Señor del Toro y Asociado Señor Hutchison están conformes con la sentencia.